Bryce K. Kunimoto
Nevada Bar No. 7781
Steven J.T. Washington
Nevada Bar No. 14298
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
BKunimoto@hollandhart.com
SJWashington@hollandhart.com

*Attorneys for Defendant
Thentia USA Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA PRESCIA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>THENTIA USA INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:25-cv-01826-CDS-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR II 7.1 and LR IA 6-1, Defendant Thentia USA Inc., a foreign corporation ("Thentia" or "Defendant"), by and through its counsel of record, Holland & Hart LLP, and Plaintiff Amanda Prescia, an individual, ("Plaintiff") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed its Complaint in the United States District Court, District of Nevada Case No. 2:25-cv-01826-CDS-BNW on September 26, 2025. *See* ECF No. 1.

2. Defendant was served with the Complaint on September 29, 2025. *See* ECF No. 4.

3. Defendant's current deadline to file a response to the Complaint is Monday, October 20, 2025.

4. Defendant recently retained Holland & Hart to represent it in this matter. Ccounsel needs additional time to meaningfully review the matter before counsel can respond to the Complaint. As such, Thentia seeks a 21-day extension of Thentia's response deadline.

5. The Parties agree to a 21-day extension from Monday, October 20, 2025 until Monday, November 10, 2025, for Defendant to respond to Plaintiff's Complaint.

6. The stipulated extension is warranted in order to provide the parties with additional time to discuss settlement, as well as to provide adequate time for Defendant's counsel to analyze the Complaint and prepare Defendant's response thereto.

7. This is the Parties' first request for an extension to respond to the Complaint. This stipulated extension is made in good faith and not for purposes of delay.

DATED this 20th day of October 2025.

DATED this 20th day of October 2025.

**HOLLAND & HART LLP**

**THE BOURASSA LAW GROUP**

*/s/ Steven J.T. Washington*
Bryce K. Kunimoto
Nevada Bar No. 7781
Steven J.T. Washington
Nevada Bar No. 14298
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant*
*Thentia USA Inc.*

*/s/ Mark J. Bourassa*
Mark J. Bourassa, Esq.
Nevada Bar No. 7999
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2025

2